USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BARBARA RYAN,                                    Civil Action No: 11-CV-5981
                                                 (VM)
                        Plaintiff,

        - against -                              **STIPULATION**

GLOBAL CREDIT & COLLETION CORPORATION,

                        Defendant.

------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff BARBARA RYAN ("Plaintiff") and the attorneys for Defendant GLOBAL CREDIT & COLLECTION CORPORATION ("Defendant"), that Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended up to and including November 10, 2011.

No previous request for an extension of time for Defendant's to respond to Plaintiff's Complaint has been made in the instant action.

Dated: Uniondale, New York              Dated: Woodbury, New York
       October 11, 2011                        October 7, 2011

KLEINMAN LLC                            KAUFMAN DOLOWICH VOLUCK
*Attorneys for Plaintiff*               & GONZO LLP
                                        *Attorneys for Defendant*

By: _____           By: _____
    Abraham Kleinman, Esq.                  Yale Pollack, Esq.
    626 RXR Plaza                           135 Crossways Park Drive, Suite 201
    Uniondale, New York 11556               Woodbury, New York 11797
    (516) 522-2621                          (516) 681-1100

SO ORDERED: 12 October 2011

_____
U.S.D.J.  Victor Marrero

ND: 4811-9812-3019, v. 1